**Byron M. Purcell, Esq. (#176410)**
bpurcell@imwlaw.com
**Marie B. Maurice, Esq. (#258069)**
mmaurice@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
A Professional Law Corporation
444 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone:   (213) 489-0028
Facsimile:    (213) 489-0552

Attorneys for Plaintiff,
**CHRISTOPHER GUYTON, an individual**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GUYTON, an individual<br><br>    *Plaintiff,*<br><br>    vs.<br><br>UNITED STATES POSTAL SERVICE; RONALD W. POWERS, an individual; and DOES 1 through 10, Inclusive<br><br>    *Defendants.* | CASE NO.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>1. **NEGLIGENCE**<br>2. **NEGLIGENT HIRING, TRAINING, SUPERVISION, AND RETENTION**<br>3. **NEGLIGENT ENTRUSTMENT**<br><br>**JURY TRIAL DEMANDED** |

**COMES NOW** Plaintiff CHRISTOPHER GUYTON ("PLAINTIFF"), with his Complaint for Damages against Defendants UNITED STATES POSTAL SERVICE ("USPS"), RONALD W. POWERS ("POWERS"), and DOES 1-10, Inclusive ("DOES") (collectively "DEFENDANTS") by and through his counsel, hereby respectfully alleges as follows:

## INTRODUCTION

1. This action arises out of an automobile accident between a vehicle operated by PLAINTIFF CHRISTOPHER GUYTON and a postal service vehicle operated by an employee of the United States Postal Service ("USPS"). PLAINTIFF brings this suit against the United States pursuant to the Federal Tort Claims Act ("FTCA") 39 U.S.C. § 409(c), seeking damages for personal injuries sustained in the accident. The accident and PLAINTIFF's resulting injuries were caused by the negligence of USPS employee RONALD W. POWERS, the USPS parcel deliveryman who operated the postal truck.

## JURISDICTION AND VENUE

2. Jurisdiction and venue is proper in this Court because all incidents, events, and occurrences giving rise to this action occurred in the Central District of California.

3. This Court has original jurisdiction over the subject matter pursuant to 39 U.S.C. § 409 (a) and 28 U.S.C. § 1346 (b), because this civil action seeks damages for injuries and loss of property caused by the negligent and/or wrongful acts of the Postal Service in accordance with the Federal Tort Claims Act.

4. Venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391 (b) and (e), because the incidents, events and occurrences giving rise to this action occurred in the Central District of California.

///

///

## PARTIES

5. At all relevant times herein, MR. CHRISTOPHER GUYTON ("PLAINTIFF"), is, and was an individual residing in the City of Los Angeles, California in the County of Los Angeles.

6. At all relevant times herein, the UNITED STATES POSTAL SERVICE ("USPS"), is, and was an independent establishment of the executive branch of the Government of the United States.

7. At all relevant times herein, Defendant RONALD W. POWERS (hereinafter "POWERS" or "Defendant POWERS"), is, and was an individual residing in the City of California, California, in the County of Kern, who at all times complained of herein was acting on his own behalf and within the course and scope of his employment with USPS.

8. PLAINTIFF is unaware of the true names and capacities of those DEFENDANTS named herein as DOE Defendants. PLAINTIFF is informed, believes, and thereon alleges that these DOE Defendants are legally responsible and liable for the incident, injuries, and damages hereinafter set forth, and that each of said Defendant DOES proximately caused the injuries and damages by reason of negligent, careless, deliberately indifferent, intentional, willful, or wanton misconduct, including the negligent, careless, deliberately indifferent, intentional, willful, or wanton misconduct in creating and otherwise causing the incidents, conditions, and circumstances hereinafter set forth, or by reason of direct or imputed negligence or vicarious fault or breach of duty arising out of the matters herein alleged.

9. Each of the individual Defendant DOES sued herein are sued both in his or her individual and personal capacity, as well as in his or her official capacity.

10. At all relevant times, Defendant DOES were duly authorized officers, employees and/or agents of USPS while acting within the course and scope of their

respective office or duties as officers, employees and/or agents within the complete authority and ratification of their principal, USPS.

11. At all relevant times, Defendants DOES were duly appointed officers, employees and/or agents of the USPS subject to oversight and supervision by the Government's elected and non-elected officials.

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

12. On approximately May 14, 2019, PLAINTIFF filed an administrative claim under the provisions of the Federal Tort Claims Act. Subsequently, on approximately November 19, 2020, USPS issued a Final Denial of PLAINTIFF's administrative claim. (Exhibit A, Final Denial).

14. PLAINTIFF filed a written request for reconsideration with the postal official who issued the Final Denial of the administrative claim in accordance with 39 C.F.R. 912 (b). The parties were unable to resolve the matter.

15. PLAINTIFF has fully exhausted all administrative remedies and is entitled to file this Complaint in the District Court.

### GENERAL ALLEGATIONS

16. PLAINTIFF CHRISTOPHER GUYTON (hereinafter "PLAINTIFF") repeats and re-alleges and incorporates by reference each and every allegation contained in paragraphs 1 through 15 of this Complaint with the same force and effect as if fully set forth herein.

17. At all relevant times herein, PLAINTIFF was a forty year old male residing in the City of Los Angeles, California.

18. On approximately April 8, 2019, on or around 11:05 a.m., PLAINTIFF was operating a passenger vehicle on La Brea Avenue in Los Angeles, California, whereupon he stopped at a red light.

19. At said time and place, Defendant RONALD W. POWERS (hereinafter "POWERS" and/or "Defendant "POWERS"") was acting on his own behalf and within the course and scope of his employment with Defendant USPS.

20. At said time and place, Defendant POWERS, individually and as an authorized officer, employee, and/or agent of Defendant USPS, negligently operated a 2010 GAWR Box USPS Truck, California Plate No. 6627013, so as to cause said vehicle to violently rear-end PLAINTIFF's vehicle.

21. At all relevant times herein, the vehicle operated by Defendant POWERS was owned by the Defendant USPS.

22. At all relevant times herein, PLAINTIFF was driving with due care and caution, along and upon the roadway.

23. As a direct and proximate result of Defendant POWERS, Defendant USPS, and Defendant DOES 1 through 10, Inclusive, (collectively "DEFENDANTS") negligent and/or wrongful actions, PLAINTIFF suffered severe physical and emotional injuries, as well as property damage and loss of his enjoyment of a normal life.

24. PLAINTIFF further sustained injuries, which includes but is not limited to, his neck, back, disc protrusions, and head, in addition to, emotional distress, including depression and anxiety.

25. PLAINTIFF's injuries caused severe and prolonged pain and suffering.

26. As a direct and proximate result of one or more of DEFENDANTS' negligent and/or wrongful acts, PLAINTIFF was forced to expend considerable sums of money for necessary medical care and attention and may be liable for future medical expenses related to said injuries.

27. As a direct and proximate result of one or more of DEFENDANTS' negligent and/or wrongful acts, PLAINTIFF was unable to perform his

employment-related duties and affairs, whereby the PLAINTIFF sustained lost income.

# FIRST CAUSE OF ACTION
## NEGLIGENCE
### (Against All Defendants)

28. PLAINTIFF repeats and re-alleges and incorporates by reference each and every allegation contained in paragraphs 1 through 27 of this Complaint with the same force and effect as if fully set forth herein;

29. PLAINTIFF was harmed by DEFENDANTS' negligent and/or wrongful acts;

30. Defendant POWERS was acting on his own behalf and within the course and scope of his office or duties as an officer, employee and/or agent of Defendant USPS;

31. DEFENDANTS, had a duty to exercise due care and caution in the operation of a motor vehicle having due regard for the traffic and use of the roadway;

32. At all relevant times herein, DEFENDANTS negligently and carelessly operated a motor vehicle so as to cause said vehicle to forcefully rear-end PLAINTIFF's passenger vehicle;

33. DEFENDANTS negligently and carelessly operated a motor vehicle without due regard for other vehicles rightfully and lawfully along the roadway;

34. DEFENDANTS negligently and carelessly operated a motor vehicle without sufficient control for conditions prevailing along the roadway;

35. DEFENDANTS negligently and carelessly failed to stop a motor vehicle in time to avoid a collision;

36. DEFENDANTS negligently and carelessly drove a motor vehicle hastily and in such a manner that operation became dangerous;

37. DEFENDANTS negligently and carelessly drove a motor vehicle in disregard of the prevailing road, weather, and traffic conditions so as to constitute a driving hazard;

38. DEFENDANTS negligently and carelessly failed to keep a proper lookout for other vehicles along the roadway; and

39. DEFENDANTS' negligent and/or wrongful acts directly and proximately caused PLAINTIFF's injuries and/or damages.

## SECOND CAUSE OF ACTION
## NEGLIGENT HIRING, TRAINING, SUPERVISION, AND RETENTION
### (Against All Defendants)

40. PLAINTIFF repeats and re-alleges and incorporates by reference each and every allegation contained in paragraphs 1 through 39 of this Complaint with the same force and effect as if fully set forth herein;

41. PLAINTIFF is informed and believes, and on such information and belief, alleges that at all relevant times herein, Defendant POWERS was an officer, employee, and/or agent of Defendants USPS and DOES 1 through 10, and acted with the permission and consent, express, implied or apparent, of Defendant USPS and DOES 1 through 10, and for the economic benefit of Defendant USPS and DOES 1 through 10;

42. PLAINTIFF is informed and believes, and on such information and belief, alleges that at all relevant times herein, Defendants USPS and DOES 1 through 10, hired, trained, supervised, and/or retained Defendant POWERS as an officer, employee, and/or agent of Defendants USPS and DOES 1 through 10;

43. Defendant POWERS was employed by Defendants USPS and DOES 1 through 10, whose employment necessitated the operation of a motor vehicle;

44. On April 8, 2019, Defendant POWERS negligently operated and/or controlled a 2010 GAWR Box USPS truck, California Plate No. 6627013, which

forcefully rear-ended PLAINTIFF's passenger vehicle, thereby directly and proximately causing the subject collision and serious harm to PLAINTIFF;

45. Defendants USPS and DOES 1 through 10, had reasons and opportunity to prevent Defendant POWERS' negligent and wrongful acts by properly and adequately hiring, training, supervising, and/or retaining Defendant POWERS as an officer, employee, and/or agent of Defendants USPS and DOES 1 through 10;

46. Defendants USPS and DOES 1 through 10, had a duty to hire, train, supervise, and/or retain officers, employees and agents of USPS who are competent and trained to operate and/or control motor vehicles so as not to cause harm to others;

47. Defendants USPS and DOES 1 through 10, had a duty to hire, train, supervise, and/or retain officers, employees and agents of USPS so as to ensure such persons follow all safety rules and regulations;

48. Defendants USPS and DOES 1 through 10, failed to perform such duties;

49. PLAINTIFF is informed and believes, and on such information and belief, alleges that Defendants USPS and DOES 1 through 10, breached their duty by failing to reasonably and adequately supervise the activities of Defendant POWERS and the manner in which Defendant POWERS performed his duties as an officer, employee, and/or agent of Defendant USPS and DOES 1 through 10, which resulted in Defendant POWERS' negligent and careless operation of a motor vehicle, and presented a significant risk of injury to individuals in a manner reasonably foreseeable and/or known to Defendants USPS and DOES 1 through 10, and each of them;

50. PLAINTIFF is informed and believes, and on such information and belief, alleges that Defendants USPS and DOES 1 through 10, failed and/or

refused to properly hire, train, supervise and/or retain their officers, employees, and agents, including Defendant POWERS, who operate motor vehicles owned, controlled and/or maintained by Defendant USPS and DOES 1 through 10, in a competent manner;

51.   PLAINTIFF is informed and believes, and on such information and belief, alleges that Defendant POWERS was unfit and/or incompetent to perform the work for which he was hired, trained, supervised and/or retained to do, including following all federal, state, and local laws during the course and scope of his employment with Defendants USPS and DOES 1 through 10;

52.   PLAINTIFF is informed and believes, and on such information and belief, alleges that Defendant USPS and DOES 1 through 10, knew and/or should have known that Defendants POWERS was unfit and/or incompetent and that his unfitness and/or incompetence created a particular risk to the general public who travel on the public streets and roadways; and

53.   Defendant POWERS' unfitness and/or incompetence harmed PLAINTIFF.

## THIRD CAUSE OF ACTION
## NEGLIGENT ENTRUSTMENT
### (Against All Defendants)

54.   PLAINTIFF repeats and re-alleges and incorporates by reference each and every allegation contained in paragraphs 1 through 53 of this Complaint with the same force and effect as if fully set forth herein;

55.   PLAINTIFF is informed and believes, and on such information and belief, alleges that at all relevant times herein, Defendants USPS and DOES 1 through 10, owned, controlled, and/or had custody of the 2010 GAWR Box USPS truck, California Plate No. 6627013 ("USPS truck"), which forcefully rear-ended

PLAINTIFF's passenger vehicle, thereby directly and proximately causing the subject collision and serious harm to PLAINTIFF;

56. PLAINTIFF is informed and believes, and on such information and belief, alleges that at all relevant times herein, Defendants USPS and DOES 1 through 10, did place and/or entrust the operation and control of the USPS truck to Defendant POWERS;

57. PLAINTIFF is informed and believes, and on such information and belief, alleges that at all relevant times herein, Defendant POWERS was incompetent to operate and/or control the USPS truck by reasons of, among other things, dangerous habits, recklessness, and lack of experience;

58. Defendant POWERS negligently and carelessly operated the USPS truck so as to cause said vehicle to forcefully rear-end PLAINTIFF's passenger vehicle;

59. Defendant POWERS negligently and carelessly operated the USPS truck without due regard for other vehicles rightfully and lawfully along the roadway;

60. Defendant POWERS negligently and carelessly operated the USPS truck without sufficient control for conditions prevailing along the roadway;

61. Defendant POWERS negligently and carelessly operated the USPS truck by failing to stop said vehicle in time to avoid a collision;

62. Defendant POWERS negligently and carelessly operated the USPS truck hastily and in such a manner that operation became dangerous;

63. Defendant POWERS negligently and carelessly operated the USPS truck with disregard of the prevailing road, weather, and traffic conditions so as to constitute a driving hazard;

64. Defendant POWERS negligently and carelessly operated the USPS truck by failing to keep a proper lookout for other vehicles along the roadway;

65. Defendants USPS and DOES 1 through 10, knew and/or should have known that Defendant POWERS was incompetent to operate the USPS truck;

66. Despite knowledge of Defendant POWERS' incompetence, Defendants USPS and DOES 1 through 10, placed and/or entrusted the USPS truck to Defendant POWERS' operation and/or control; and

67. Defendant POWERS' incompetence harmed PLAINTIFF.

**WHEREFORE**, PLAINTIFF prays for judgment against all DEFENDANTS, Inclusive, as follows:

## **PRAYER FOR RELIEF**

1. For general damages in a sum according to proof;

2. For special damages in a sum according to proof;

3. For costs of suit herein; and

4. For such other and further relief as this Court may deem just and proper.

Dated: May 18, 2021                     **IVIE McNEILL WYATT PURCELL & DIGGS**

                                        BY:   __/s/ Marie B. Maurice__
                                        **Byron M. Purcell, Esq.**
                                        **Marie B. Maurice, Esq.**
                                        Attorneys for Plaintiff,
                                        **CHRISTOPHER GUYTON**

# DEMAND FOR JURY TRIAL

Plaintiff **CHRISTOPHER GUYTON** hereby demands a jury trial.

Dated:  May 18, 2021

**IVIE McNEILL WYATT PURCELL & DIGGS**

BY:  **/s/ Marie B. Maurice**
**Byron M. Purcell, Esq.**
**Marie B. Maurice, Esq.**
Attorneys for Plaintiff,
**CHRISTOPHER GUYTON**

## **DECLARATION OF BYRON M. PURCELL**

I, BYRON M. PURCELL, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am an attorney with the law firm of Ivie McNeill Wyatt Purcell & Diggs, attorneys of record for Plaintiff Christopher Guyton ("Plaintiff").

2. I make this declaration based on my personal knowledge and can competently testify to the matters contained herein.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Final Denial of Plaintiff's administrative claim issued by USPS.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed May 18, 2021, at Los Angeles, California.

                                        /s/ BYRON M. PURCELL
                                        Byron M. Purcell, Declarant